1  DARIN T. JUDD, California State Bar No. 160475
   THOMPSON, WELCH, SOROKO & GILBERT LLP
2  3950 Civic Center Drive, Suite 300
   San Rafael, California 94903
3  Tel: (415) 448-5000
   Fax: (415) 448-5010
4
   Attorney for Defendant/Counterclaimant
5  SHAFTER CHERRY ORCHARD LP

6

7               UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9                    SACRAMENTO DIVISION

10

11 **MARVIN L. NIES**,                ) ORDER RE REQUEST TO
                                      ) APPEAR TELEPHONICALLY
12         Plaintiff,                 ) AT THE STATUS
                                      ) CONFERENCE HEARING
13     v.                             )
                                      ) Civil Case: No. 2:13-CV-01052-
14 **SHAFTER CHERRY ORCHARD LP**, a   ) KJN
   California Limited Partnership; Does 1 )
15 through 20, inclusive,             )
                                      ) Date:  August 29, 2013
16         Defendants.                )
                                      ) Time:  10:00 a.m.
17 _____     )
                                      ) Courtroom: 25
18                                    )
                                      ) Judge Kendall J. Newman
19                                    )

20

21

22         Defendant Shafter Cherry Orchard LP, by and through their attorneys of record,

23 respectfully submit this request to appear telephonically at the status conference which

24 will be held on August 29, 2013, at 10:00 a.m.  Our direct telephone number is: (415)

25 448-5000.  Opposing Counsel has allowed us to appear by telephone.

26 \\\

27 \\\

28
                                         1
   CASE NO. 2:13-CV-01052-KJN              ORDER FOR REQUEST TO APPEAR
                                           TELEPHONICALLY

1  APPROVED AND SO ORDERED.

2  Dated:  August 27, 2013

3
4  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28