1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARVIN L. NIES,                         No.  2:13-cv-1052-KJN

12                    Plaintiff,

13          v.                               ORDER TO SHOW CAUSE

14   SHAFTER CHERRY ORCHARD LP, et
     al.,
15
                     Defendants.
16

17

18          Plaintiff Marvin L. Nies commenced this action for patent infringement, conversion, and

19   unfair competition against defendant Shafter Cherry Orchard LP on May 29, 2013.  (ECF No. 1.)[1]

20   On June 28, 2013, defendant Shafter Cherry filed an answer and a counterclaim for declaratory

21   relief.  (ECF No. 7.)

22          Subsequently, on August 29, 2013, the court conducted a status conference, during which

23   the parties stipulated to participate in the court's Voluntary Dispute Resolution Program

24   ("VDRP").  (ECF No. 14.)  That same day, the court issued the following minute order:

25              In light of the parties' representations at the status conference, this
                action is referred to the court's Voluntary Dispute Resolution
26

27   ─────────────────────
     [1] All parties have consented to proceed before a United States Magistrate Judge pursuant to 28
28   U.S.C. § 636(c), and the case was referred to the undersigned for all further proceedings and the
     entry of final judgment.  (ECF Nos. 8, 9, 10.)

Program ("VDRP"). The parties are directed to review the requirements of the Program outlined in E.D. Cal. L.R. 271 and shall contact the court's VDRP coordinator, Suejean Park, forthwith to initiate the process of selecting a neutral. The VDRP coordinator may be contacted by telephone at (916) 930-4278 or by e-mail at SPark@caed.uscourts.gov. Upon completion of the VDRP session, but in any event no later than October 31, 2013, the parties shall file a joint statement regarding status of the case and VDRP session. If the case has not settled, the parties shall also include new suggested case scheduling deadlines. The court defers scheduling the case until after completion of the VDRP session, with the exception that the parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) no later than 9/15/2013. The parties may also agree to conduct additional discovery prior to the VDRP session.

(ECF No. 15.)  Although the October 31, 2013 deadline has long since passed, the parties failed to file a notice of settlement or a joint statement in accordance with the court's minute order.[2]

Accordingly, within fourteen (14) days of this order, counsel for all parties shall show cause in writing why the action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the court's order and/or why monetary sanctions of $300 should not be imposed upon counsel for each party.  Counsel may file a joint written response to the order to show cause, if appropriate.

IT IS SO ORDERED.

Dated:  January 31, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] On January 24, 2014, the parties jointly filed a stipulation allowing plaintiff to file an amended complaint.  (ECF No. 16.)  The parties further stipulate that defendant Shafter Cherry Orchard LP will waive notice and service of the amended complaint, will not be required to answer the amended complaint, "and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint."  (Id. at 1.)  The filing also includes plaintiff's first amended complaint.  While this filing indicates that the parties have decided to forego settlement through the court's Voluntary Dispute Resolution Program at this time, it does not excuse the complete failure of both parties to apprise the court in accordance with the court's August 29, 2013 minute order.